FEBRUARY 5, 1953

**No. 57062.**—Engis Equipment Co. and Alltransport, Inc. *v.* United States, protest 165283–K Plaintiffs' application for rehearing granted.

FEBRUARY 5, 1953

**No. 57063.**—SUIT 4681.—W. N. Proctor Company *v.* United States. C. D. 1289 affirmed June 24, 1952. C. A. D. 494.

**No. 57064.**—SUIT 4764.—United States *v.* Walco Bead Co., Inc. C. D. 1445. (Appeal dismissed December 8, 1952.)